Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:     Clerk, U.S. Bankruptcy Court

Re:     UNDISTRIBUTED FUNDS

Case No.:   6:06-bk-11971-CB

Debtor(s):  DAVID A STANFILL
            JUDY A STANFILL
            16339 WATO RD
            APPLE VALLEY, CA  92307

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| DAVID A STANFILL & JUDY A STANFILL | $711.81 |
| 16339 WATO RD | |
| APPLE VALLEY, CA 92307 | |

Dated: 7/12/11

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| ROD DANIELSON | | | | | Check #: 0357361 | |
|---|---|---|---|---|---|---|
| Payee: US BANKRUPTCY COURT | | | | | Date: Jul 11, 2011 | |
| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
| 0611971 | DAVID A & JUDY A STANFILL | | 00000 | 711.81 | 0.00 | 711.81 |
| | | | TOTALS: | 711.81 | 0.00 | 711.81 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

DAVID A STANFILL
JUDY A STANFILL
BALANCE:  [0.00 Claim:00000]
ACCT:
PRINCIPAL: 711.81
CASE: 0611971
INTEREST: 0.00

16-4430
1220

**1st Enterprise Bank**
TAKING A PERSONAL INTEREST IN YOU AND YOUR BUSINESS
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
**0357361**

CHECK DATE
**Jul 11, 2011**

AMOUNT
**\*\*\*\*\*\*\*\*711.81\*\***

VOID 45 DAYS FROM DATE

**PAY** Seven Hundred Eleven And 81/ 100 Dollars

**TO THE ORDER OF**
US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA  92501

_Rod Danielson_

⑆0357361⑆  ⑈122044300⑈  ⑈030⑈100078⑈